UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:07MC0028CDP |
| ) | |
| MARY R. MADDEN, ) | |
| ) | |
| Respondent. ) | |

## ORDER

**IT IS HEREBY ORDERED** that the petitioner's motion to dismiss [#3] is granted. This case is dismissed without prejudice, each party shall bear it's own costs.

**IT IS FINALLY ORDERED** that the show cause hearing set for Friday, February 2, 2007 is cancelled.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 1st day of February, 2007.